

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 27, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Curtis White*, 23 Cr. 383 (LAP)

Dear Judge Preska:

  The Government writes with respect to Mr. White, who pleaded guilty to Count Two of Indictment 23 Cr. 383 (LAP) on February 5, 2025. The initial disclosure of the Presentence Investigation Report in this case is currently scheduled for April 1, 2025. The Government, with the consent of defense counsel, respectfully requests that the Court endorse the following briefing schedule regarding the applicability of an attempted murder cross-reference under the U.S. Sentencing Guidelines:

- Government's opening submission by March 10, 2025
- Defendant's response by March 20, 2025
- Government's reply by March 25, 2025

```
The Government's request for the
Court to endorse its proposed
briefing schedule regarding the
applicability of an attempted
murder cross-reference under the
U.S. Sentencing Guidelines is
GRANTED.  The briefing schedule
shall be the one proposed by the
Government above.

SO ORDERED.
```

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

  cc: Defense Counsel (by ECF)

```
Dated: February 28, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.