**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF**

April 24, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Curtis White (23-CR-383-LAP)**

Dear Judge Preska:

The Defense writes to request a six-week continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. The continuance is needed for the Defense to collect necessary documents for the sentencing hearing and the forthcoming sentencing submission. The information required by I.E. of the Court's April 1, 2025 Individual Practices are below:

(1) The current sentencing date is scheduled for May 20, 2025;
(2) There have been no previous requests for adjournment of sentencing;
(3) As there have been no prior requests, there have been no denials; and
(4) Undersigned counsel has communicated with the government, and they do not oppose this request.

The dates of July 9, 10, and 11 work for both parties for the rescheduling of the sentencing date, with the respective submissions adjusted to conform with the Court's Individual Practices.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

```
The sentencing currently scheduled for May 20,
2025 is adjourned to July 9, 2025 at 1:00 p.m.
The Clerk of the Court shall close docket
number 43.
```

**SO ORDERED.**

Dated: April 25, 2025

_____
LORETTA A. PRESKA, U.S.D.J.