U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 10, 2025

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Curtis White*, 23 Cr. 383 (LAP)

Dear Judge Preska:

  The Government respectfully requests that the name of the five-year-old victim, which was referenced during the July 9, 2025, sentencing of defendant Curtis White, be redacted from the transcript of the sentencing proceedings. *See* Fed. R. Crim. P. 49.1(a). Counsel for the defendant does not object to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

```
The Government's request for the
victim's name to be redacted from the
transcript of the sentencing
proceedings is GRANTED.  The Clerk of
the Court shall close docket number 58.

SO ORDERED.

Dated: July 11, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.

cc: Mitchell Schwartz, Esq. and Sylvie Levine, Esq. (by ECF)